IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-436-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    SIMON AMARO,**

        Defendant.

---

**ORDER**

---

Kane, J.

This matter is before the court on the Motion to Reconsider the Court's Order Denying Defendant's Motion to Continue (doc. #81), filed June 2, 2009. Upon reconsideration and due to difficulties obtaining adequate investigation, the motion to continue is **GRANTED**. The Final Trial Preparation Conference date of June 5, 2009 at 3:00 p.m. shall be used as a Motions Hearing and Trial Setting. The June 8, 2009 trial date is **VACATED**. Counsel shall be prepared to advise the court of the speedy trial status in this case.

    Dated:  June 2, 2009.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court